No. 310, Misc. GRIMM *v.* NIERSTHEIMER, WARDEN. Circuit Court of Jefferson County, Illinois. Certiorari denied. Petitioner *pro se. George F. Barrett,* Attorney

General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.